RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE _____
BY _____

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| LOIS ANN BAILEY | CIVIL ACTION NO.  08-1795 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 20], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion for Attorney Fees [Doc. No. 17] is hereby GRANTED, and the Commissioner shall pay attorney's fees in the amount of $4,830.00 plus expenses and costs totaling $483.77 to Plaintiff's attorney.

MONROE, LOUISIANA, this 15 day of April, 2010.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE